AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
06/03/2025
Clerk, U.S. District Court
Western District of Texas

By: **_FMorales_**

Deputy

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:25-M -03011(1) - MAT |
| | § | |
| (1) ISAIAS ABRAHAN GARCIA-RAMOS | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 02, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States  without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title _____**8**_____    United States Code, Section(s)    **1326(a)** _____

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: *"The DEFENDANT, Isaias Abrahan GARCIA-Ramos, an alien to the United States and a citizen of Guatemala was found approximately 3.13 miles east of Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas.  From*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,                                          /s/ PORTILLO, ALEJANDRO
                                                            Signature of Complainant
                                                            Border Patrol Agent

June 03, 2025                                                at   EL PASO, Texas
Date                                                        City and State

MIGUEL A. TORRES                                            Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE                              **OATH TELEPHONICALLY SWORN
                                                            AT 2:00  P.M.
                                                            FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -03011(1)

WESTERN DISTRICT OF TEXAS

(1) ISAIAS ABRAHAN GARCIA-RAMOS

FACTS   (CONTINUED)

statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Guatemala on September 04, 2024 through Alexandria, La.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time, the last one being to GUATEMALA on September 4, 2024, through ALEXANDRIA, LA

CRIMINAL HISTORY:
NONE